

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RASA ASIPAUSKIENE <br> A 46 459 294 <br><br> Plaintiff <br><br> vs. <br><br> MICHAEL CHERTOFF, Secretary of Department of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CITIZENSHIP AND IMMIGRATION SERVICES; EMILIO T. GONZALES Director, Citizenship and Immigration Services <br> RUTH A. DOROCHOFF, District Director Citizenship and Immigration Services, Chicago, Illinois, MICHAEL B. MUKASEY, Attorney General of the United States; ROBERT S. MUELLER III, Director of The Federal Bureau of Investigation <br><br> Defendants | Civil Action No. <br><br> **08CV2112** <br> **JUDGE GUZMAN** <br> **MAG.JUDGE DENLOW** <br><br>  <br><br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

**COMPLAINT FOR MANDAMUS**

To the Honorable Judge of Said Court:

**INTRODUCTION:**

This action is brought by the Plaintiff RASA ASIPAUSKIENE ("Plaintiff" or "Ms. ASIPAUSKIENE") to compel the Defendants to adjudicate the application by RASA ASIPAUSKIENE for her naturalization. The application has been on file with the Citizenship and Immigration Service (CIS) (formerly Immigration and Naturalization Service) since June 1, 2004, and the Defendants have refused to complete the case. The Defendants have no legitimate explanation for this delay.

1

**PARTIES:**

1. The Plaintiff RASA ASIPAUSKIENE is a citizen of Lithuania, lawfully admitted for permanent residency on December 11, 1998. She resides in Palos Hills, Illinois.

2. Defendant MICHAEL CHERTOFF is the Secretary of the U.S. Department of Homeland Security. He is responsible for the administration and enforcement of the Immigration and Nationality Act under 8 USC section 1103(a).

3. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY is an agency of the United States government involved in the act challenged in this action, employs the officers named as Defendants as well as their agents, and includes the agencies named as Defendants in this complaint.

4. Defendant CITIZENSHIP AND IMMIGRATION SERVICE (CIS) is an agency involved in the act challenged in this action, and is a subordinate agency within the Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY.

5. Defendant EMILIO T. GONZALES is the Director of the Citizenship and Immigration Service and its Chief Executive Officer.

6. Defendant RUTH DOROCHOFF is the Director of the Citizenship and Immigration Service Chicago District Office, an agency within the U. S. Department of Homeland Security, who is charged by law with the obligation of adjudicating applications by aliens lawfully admitted for permanent residency such as Plaintiff for naturalization as the United States citizens.

7. Defendant MICHAEL B. MUKASEY is the Attorney General of the United States. He is responsible for the administration of the Federal Bureau of Investigation.

8. Defendant ROBERT MUELLER III is the Director of the Federal Bureau of Investigation. He is responsible for administration of national security checks for naturalization applicants.

**JURISDICTION:**

9. This is a civil action brought pursuant to 28 USC secs. 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which

2

jurisdiction is conferred, to compel Defendants and those, working under him, to perform duties he owes to the Plaintiff.

10. Jurisdiction is also conferred by 5 USC sec. 704. Plaintiff is aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Courts. 5 USC secs. 702 *et seq*.

11. The aid of the Court is invoked under 28 USC secs. 2201 and 2202, authorizing a declaratory judgment.

12. Costs and attorneys fees will be sought pursuant to the Equal Access to Justice Act, 5 USC sec. 504, and 28 USC 2412(d), *et seq*.

**VENUE:**

13. Venue is proper in Chicago, Illinois and the Eastern Division of the Northern District of Illinois since the Defendant District Director of the CIS Chicago District has her principal place of business there.

**REMEDY SOUGHT:**

14. Plaintiff seeks to have the Court compel the District Director of the CIS to adjudicate the N-400 application for naturalization, which the Plaintiff RASA ASIPAUSKIENE filed with the Defendant CIS on June 1, 2004.

**FACTUAL ALLEGATIONS:**

15. On or about June 1, 2004 the Plaintiff filed her N-400 Application for Naturalization.

16. On October 5, 2004 Plaintiff's naturalization examination interview was conducted. At that interview, Ms. Asipauskiene passed the required English language proficiency test and demonstrated her sufficient knowledge of the United States history and government. The CIS District Adjudicating Officer (DAO) Joanna Pawlowska told

Ms. Asipauskiene that she passed the exam and advised her that she would be receiving a notice of the oath ceremony in the mail in a few weeks. A copy of CIS Interview Results is attached as Exhibit A.

17. On or about February 15, 2006 Plaintiff made an inquiry trough Polish American Association regarding status of her case. The CIS responded that the background investigation conducted by defendant FBI has not been completed and advised plaintiff that Defendant CIS needs 90 days to resubmit Plaintiff's name for the background check. Copy of the Defendant's response is attached as Exhibit B.

18. On or about July 1, 2006 Plaintiff made her second inquiry trough Polish American Association regarding status of her case. Defendant CIS responded that Plaintiff's case is under review by the adjudicating officer. Copy of the Defendant's response is attached as Exhibit C.

19. On April 12, 2007 Plaintiff made a telephone inquiry requesting the Defendant CIS to schedule the Plaintiff for the oath ceremony. The Defendant CIS replied that Defendant is actively processing Plaintiff's case and needs 180 days to complete. Even though 180 days have since passed no further response was received to this date. Copy of the Defendant's response is attached as Exhibit D.

20. After 180 days passed since the last CIS response, on or about October 15, 2007 the Plaintiff made her third inquiry by the calling Defendant CIS. Defendant CIS responded that the Plaintiff's background check remains open and advised to contact Defendant CIS after 6 months. Defendant's response to Plaintiff's third inquiry is attached as Exhibit E.

21. To this day almost four years have passed since Plaintiff filed her application for naturalization but the Defendant CIS has not scheduled the Plaintiff for the oath ceremony.

22. As of April 11, 2008 the Defendant was processing N-400 applications filed on June 30, 2007. Copy of Processing Dates is attached as Group Exhibit F.

4

23. Plaintiff asserts that the Defendant has no legal basis for failing to proceed with the case. In fact, Defendant's own regulations allow Plaintiff to seek relief in the U.S. District Court where the applicant resides if CIS fails to make a determination within 120 days after an examination is completed. *8 C.F.R. §310.5*

24. Defendant's CIS statement to the Plaintiff's inquiry that the FBI "background check" has not yet been completed is incorrect and misleading. Pursuant to 8 C.F.R §335.2(b) the Service is only notifying applicants for naturalization to appear before a Service officer for initial examination on the naturalization application only after the Service has received a definite response from the Federal Bureau of Investigation that a full criminal background check of an applicant has been completed. *8 C.F.R. 335.2(b)*.

25. Plaintiff has no administrative remedies. There are no administrative remedies provided for neglect of duty.

26. Mandamus is appropriate because there is no other remedy at law. But Plaintiff seeks to compel a decision to be made, in terms of both mandamus and in terms of the Administrative Procedures Act for administrative action wrongfully withheld.

**PRAYER:**

Wherefore, Plaintiff prays that the Court: (a) order Defendant Robert Mueller to direct the F.B.I. to complete background check on the Plaintiff's N-400 Application for Naturalization within 60 days of the date of this Court's order and to deliver it to the CIS Chicago District Office; (b) compel the District Director of the CIS at Chicago to perform her duty to rule upon the N-400 application for naturalization filed by Plaintiff RASA ASIPAUSKIENE; (c) grant such other relief as may be proper under the circumstances, and (d) grant attorney's fees and costs of court.

Plaintiff further prays that if the decision is adverse to her, that the decision includes

5

justification an explanation to preclude the sense of retaliation for having brought this lawsuit or for having exposed the District Director's inefficiency to the senior officers of the district, region and central offices of the CIS.

Respectfully submitted,

_____
Aurelius Butvilas
Attorney for Plaintiff

Law Offices of Aurelius Butvilas
20 S. Clark Street, Suite 500
Suite 500
Chicago, IL 60603
312/580-1217

6

U.S. Department of Justice  
Immigration and Naturalization Service

**Naturalization Interview Results**

A#: 464 59294

On _____10/0_____, 2004 you were interviewed by **USCIS Officer Joanna Pawlowska**

☑ You passed the tests of English and U.S. history and government.  
☐ You passed the test of U.S. history and government and the English language requirement was waived.  
☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.  
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.  
☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☑ **A decision cannot yet be made about your application.**

**It is very important that you:**
- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y





U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604

U.S. Citizenship
and Immigration
Services

March 8, 2006

Elzbieta Czerwonka
Polish American Association
6276 W. Archer Ave
Chicago, IL 60638

RE: A046459294 – Rasa Asipauskiene

Dear Elzbieta Czerwonka:

The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your client, Rasa Asipauskiene case for citizenship. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your client has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time-period it takes for the results to be electronically submitted to USCIS and updated in our national records.

We understand your frustration in the delaying of the decision, however, in order to fulfill USCIS mission to provide immigration benefits and services to the public, we must balance our obligations to the individual applicant against our obligations to the public, as a whole. While we strive to process applications timely and fairly, we must also ensure that our policies and procedures will safeguard the public. Consequently, we have adopted background security check procedures that address a wide range of possible risk factors, requiring various levels of scrutiny based on the type of application under consideration.

Given the number of applications submitted and the significance of immigration benefits, it is inevitable that some applications will require more attention than others. USCIS relies primarily on three background check mechanisms: the Interagency Border Inspection System (IBIS) name check, the FBI fingerprint check, and the FBI name check. For the vast majority of applicants, these mechanisms allow USCIS to quickly

determine whether there are any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before any decision can be made on the petition or application. USCIS does not share with applicants or their representatives information regarding the specific nature of the match or the nature or status of any investigation.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

We appreciate your patience and understanding.

Sincerely,

F. Gerard Heinauer
Acting District Director

MMC: rgd

U.S. Citizenship
and Immigration
Services

July 17, 2006

Polish American Association
6276 W. Archer Ave.
Chicago, IL 60638

RE: A046459294 – Rasa A. Sipauskiene

Dear Elzbieta Czerwonka

This is in response to your inquiry relating to your client N-400 application for naturalization. Our records indicate that your client case is under further review by the adjudicating officer. All evidence submitted by your client in support of the petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy, that information may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that you allow at least 90 days for a response before inquiring again.

*We thank you for your understanding and patience.*

Sincerely,

Ruth A. Dorochoff,

District Director

RAD: Jnl

U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605



U.S. Citizenship
and Immigration
Services

Thursday, April 12, 2007

RASA ASIPAUSKIENE
17 COUR MONTREAL
PALOS HILLS IL 60465

Dear RASA ASIPAUSKIENE:

On 04/12/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 06/01/2004 |
| **Receipt #:** | LIN*000671016 |
| **Beneficiary (if you filed for someone else):** | ASIPAUSKIENE, RASA |
| **Your USCIS Account Number (A-number):** | A046459294 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

07/25/07 LINDA → KOHLIN

10/13/07 [signature]

U.S. CIS - 04-12-2007 12:28 PM EDT - LIN*000671016

U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605



U.S. Citizenship
and Immigration
Services

Monday, October 22, 2007

RASA ASIPAUSKIENE
17 COUR MONTREAL
PALOS HILLS IL 60465

Dear RASA ASIPAUSKIENE:

On 10/15/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 06/01/2004 |
| **Receipt #:** | LIN*000671016 |
| **Beneficiary (if you filed for someone else):** | ASIPAUSKIENE, RASA |
| **Your USCIS Account Number (A-number):** | A046459294 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 10-22-2007 01:25 PM EDT - LIN*000671016

Home   Contact Us   Site Map   FAQ

Search

Advanced Search

Services & Benef Immigration Form Laws & Regulatic   About USCIS   Education & Rese   Press Room

# U.S. Citizenship and Immigration Services
## Chicago IL Processing Dates
## Posted March 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

### District Office Processing Dates for Chicago IL Posted March 15, 2008

| Form | Form Name | Processing Timeframe: |
|---|---|---|
| I-131 | Application for Travel Documents | December 16, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | August 28, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | October 26, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | October 26, 2007 |
| I-765 | Application for Employment Authorization | December 29, 2007 |
| N-400 | Application for Naturalization | June 30, 2007 |
| N-600 | Application for Certification of Citizenship | September 27, 2007 |





https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=16

**04-10-2008 04:25 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act
FirstGov

U.S. Department of Homeland Security