

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted by Local Rules 83.12 through 83.14.

08CV2112
JUDGE GUZMAN
MAG. JUDGE DENLOW

In the Matter of

RASA ASIPAUSKIENE
(Plaintiff)
v.
MICHAEL CHERTOFF, Secretary of DHS et al
(Defendant)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rasa Asipauskiene Plaintiff

FILED
APR 1 4 2008
Apr 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Aurelius Butvilas | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Aurelius Butvilas | |
| FIRM Law Offices of Aurelius Butvilas | |
| STREET ADDRESS 20 S. Clark St., Suite - 500 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) No. 6271538 | TELEPHONE NUMBER Phone:(312)580-1217  Fax:(312)372-7076 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |