UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RASA ASIPAUSKIENE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2112 |
| | ) | |
| v. | ) | |
| | ) | Judge Guzman |
| MICHAEL CHERTOFF, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
    DONALD R. LORENZEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5330
    Donald.Lorenzen@usdoj.gov