**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RASA ASIPAUSKIENE<br>A 46 459 294 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 08 C 2112 |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of | ) | Hon. Judge Ronald Guzman |
| Department of Homeland Security, Et al | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that on July 14, 2008, I served a complete and accurate copy of the foregoing **NOTICE OF VOLLUNTARY DISMISSAL UNDER RULE 41(a)(1)(i)** and the service was accomplished pursuant to ECF as to filing users.

s/Aurelius Butvilas
Aurelius Butvilas
Attorney at Law

Law Offices of Aurelius Butvilas
20 S. Clark, Suite 500
Chicago, IL 60603
312/580-1217 (Voice)
312/372-7076 (Fax)
Butvilas@lawyer.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RASA ASIPAUSKIENE<br>A 46 459 294 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 08 C 2112 |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of | ) | Hon. Judge Ronald Guzman |
| Department of Homeland Security, Et al | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(i)

NOW COMES the Plaintiff, RASA ASIPAUSKIENE, by and through her attorney, AURELIUS BUTVILAS, and states as follows:

1. Rule 41(a)(1)(i) of Federal Rules of Civil Procedure allows Plaintiff to dismiss action without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

2. The defendant in this matter has filed no answer or motion for summary judgment.

3. Therefore, the Plaintiffs file this Notice of Voluntary Dismissal under Rule 41(a)(1)(i).

Respectfully submitted,

s/Aurelius Butvilas
Attorney for Plaintiff
Aurelius Butvilas

Law Offices of Aurelius Butvilas
20 South Clark, Suite 500
Chicago, IL 60603
312/58-1217

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RASA ASIPAUSKIENE<br>A 46 459 294 | ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 08 C 2112 |
| vs. | ) ) | |
| MICHAEL CHERTOFF, Secretary of<br>Department of Homeland Security, Et al | ) ) | Hon. Judge Ronald Guzman |
| Defendants | ) ) ) ) | |

**CERTIFICATE OF SERVICE**

I certify that on July 14, 2008, I served a complete and accurate copy of the foregoing **NOTICE OF VOLLUNTARY DISMISSAL UNDER RULE 41(a)(1)(i)** and the service was accomplished pursuant to ECF as to filing users.

s/Aurelius Butvilas
Aurelius Butvilas
Attorney at Law

Law Offices of Aurelius Butvilas
20 S. Clark, Suite 500
Chicago, IL 60603
312/580-1217 (Voice)
312/372-7076 (Fax)
Butvilas@lawyer.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RASA ASIPAUSKIENE<br>A 46 459 294<br><br><br>Plaintiff<br>vs.<br><br>MICHAEL CHERTOFF, Secretary of<br>Department of Homeland Security, Et al<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08 C 2112<br><br>Hon. Judge Ronald Guzman |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(i)

NOW COMES the Plaintiff, RASA ASIPAUSKIENE, by and through her attorney, AURELIUS BUTVILAS, and states as follows:

1. Rule 41(a)(1)(i) of Federal Rules of Civil Procedure allows Plaintiff to dismiss action without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

2. The defendant in this matter has filed no answer or motion for summary judgment.

3. Therefore, the Plaintiffs file this Notice of Voluntary Dismissal under Rule 41(a)(1)(i).

Respectfully submitted,

s/Aurelius Butvilas
Attorney for Plaintiff
Aurelius Butvilas

Law Offices of Aurelius Butvilas
20 South Clark, Suite 500
Chicago, IL 60603
312/58-1217